UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:

DAVID EDWARD MELVIN, XXX-XX-5378
Debtor,

CHAPTER 13
CASE NO. 15-12924-HRT

Red Rocks Credit Union,

Movant,

vs.

DAVID EDWARD MELVIN, XXX-XX-5378 , and
DOUGLAS B KIEL, Chapter 13 Trustee,
Respondents.

---

## MOTION FOR RELIEF FROM AUTOMATIC STAY

---

Red Rocks Credit Union, its predecessors, successors and assigns (Creditor), through its attorneys, WEINSTEIN & RILEY, P.S. respectfully represents:

1.    Creditor holds a claim secured by certain property of the Estate evidenced by the following:

A.    A Retail Installment Contract ("Contract").  A true and correct copy of the Contract is attached hereto. Also attached are documents establishing Creditor as the proper party in interest to pursue the relief requested in this Motion.

B.    Creditor properly perfected its security interest as evidenced on the Certificate of Title.  A true and correct copy of the Certificate of Title is attached hereto.

2.     The property securing this contract is described as follows:

2007  Chevrolet  Tahoe  VIN  1GNFK13087J343737  (The  "Motor Vehicle").

3.    Movant has confirmed that the Debtor(s) is/are not on active military duty, pursuant to this Court's Local Bankruptcy Rule 4002-2 (see affidavit attached hereto).

4.     Debtor is currently has failed to make monthly payments and remain due and owing for April 2015 date to August 2015 date and as a result is in arrears for $2,433.70.

5.     Additionally, the total amount owing to Red Rocks Credit Union to the Creditor on account of said indebtedness is set forth as follows:

| | |
|---|---|
| Outstanding Principal | $20,884.26 |
| Interest | $2,562.61 |
| Current Fees | $490.00 |
| Total Indebtedness | $23,936.87 |

6.     Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362.

7.     Upon information and belief, Creditor lacks adequate protection of its interest in the motor vehicle and is entitled to relief under 11 U.S.C. § 362(d)(1). The motor vehicle is depreciating in value, the contract is in default and the Creditor is being prevented by the automatic stay from exercising its remedies to repossess and liquidate its collateral, the motor vehicle.

8.     The Creditor requests that the automatic stay be terminated with respect to the property above described for cause, including lack of adequate protection of Creditor's interest in the property above described pursuant to 11 U.S.C. § 362 (d)(1) and (2).

9.     Upon information and belief, the Debtor lacks equity in the motor vehicle and Creditor is entitled to relief under 11 U.S.C. §362(d)(2).  The total indebtedness on the contract is $23,936.87, while the NADA retail value is $15,275.00.

10.     Based upon the Debtors' default and lack of equity, the Creditor believes the motor vehicle is not necessary to an effective reorganization. Debtors have in the past, and continues to be, unable to service the debt secured by the motor vehicle.

11.     The Creditor further requests that the requirements of F.R.B.P. 4001(a)(3) be waived so that the Creditor may immediately enforce and implement an order granting relief from automatic stay.

WHEREFORE, Creditor respectfully requests entry of an Order granting Relief from Automatic Stay to proceed to enforce its claims against the motor vehicle pursuant to state law and Creditor's contract through foreclosure of its interest and that the Creditor be granted such further relief as may be proper.

Dated:  August 20, 2015

/s/ Deanna L. Westfall
Deanna L Westfall, Registration No. 23449
Weinstein & Riley, P.S., Eldorado Bldg. 2
11101 West 120th Ave., Suite280
Broomfield, CO 80021

In re:
DAVID EDWARD MELVIN, XXX-XX-5378

Case No.        15-12924-HRT

**AFFIDAVIT PURSUANT TO THE SERVICEMEMBER CIVIL RELIEF ACT OF 2003**

I, _Kevin Trent_ , being of lawful age, first duly sworn, hereby state as follows:

I am over the age of 18 and am an employee of Weinstein & Riley, P.S.

1.      On August 20, 2015, I, _Kevin Trent_ , performed a search on the Department of Defense Manpower Data Center. Upon searching the information data banks of the Department of Defense Manpower Data Center (DMDC), the DMDC does not possess any information indicating that the Debtor, David Edward Melvin, is currently on active duty as to all branches of the Military.

Dated: August 20, 2015

*Original signature on file*

By: _____
Processor

The foregoing was subscribed and sworn to before me on this _20_ day of _August_ 2015.

WITNESS MY HAND AND OFFICIAL SEAL.

My Commission expires: _6-6-16_

*Original signature on file.*

_____
NOTARY PUBLIC

Case 15-12884 HRT Doc #42 Filed 08/06/15 Entered 08/06/15 15:51:07 Page 5 of 12

## DO NOT ACCEPT WITHOUT VERIFYING EAGLE WATERMARK IN PAPER

STATE OF COLORADO

# CERTIFICATE OF TITLE
## ****MOTOR VEHICLE****

| TITLE NUMBER |
| --- |
| 10B216864 |
| ODOMETER |
| 106424    A |

| VIN | YEAR | MAKE | MODEL | BODY |
| --- | --- | --- | --- | --- |
| 1GNFK13087J343737 | 2007 | CHEV | | UP |

ODOMETER LEGEND
A – Actual Mileage
E – Exceeds mechanical limits
N – Not actual mileage; WARNING
ODOMETER DISCREPANCY

MAIL TO

IlıdıIıunıdıIılılıuıddıblıuııdlIıluıdıdıdıdıIı

RED ROCKS CREDIT UNION
9325 DORCHESTER #200
HIGHLANDS RCH, CO 80129-2519

CWT/CAPSIZE
CWT 57

PREVIOUS TITLE
11D440980

FUEL
ETHANOL / GAS

OWNER
MELVIN DAVID EDWARD

DATE PURCHASED
02/26/2014

DATE ACCEPTED
04/04/2014

DATE ISSUED
04/11/2014

| FIRST LIENHOLDER | | DATE RCD |
| --- | --- | --- |
| RED ROCKS CREDIT UNION | | 03/26/2014 |
| 9325 DORCHESTER #200 | FILE NUMBER | |
| HIGHLANDS RCH, CO 80129-0000 | 201406807 | |

Signature below certifies under penalty of perjury in the second degree the release of the first lienholder's interest in the vehicle.

| AMOUNT OF LIEN | LIEN EXTENDED TO | COUNTY | MATURITY DATE |
| --- | --- | --- | --- |
| 35016.48 | | ARAPAHOE | 03/26/2024 |

Lienholder's Name

Authorized Agent's Signature   Date

| SECOND LIENHOLDER | | DATE RCD |
| --- | --- | --- |
| | FILE NUMBER | |

Signature below certifies under penalty of perjury in the second degree the release of the second lienholder's interest in the vehicle.

Lienholder's Name

| AMOUNT OF LIEN | LIEN EXTENDED TO | COUNTY | MATURITY DATE |
| --- | --- | --- | --- |

Authorized Agent's Signature   Date

| THIRD LIENHOLDER | | DATE RCD |
| --- | --- | --- |
| | FILE NUMBER | |

Signature below certifies under penalty of perjury in the second degree the release of the third lienholder's interest in the vehicle.

Lienholder's Name

| AMOUNT OF LIEN | LIEN EXTENDED TO | COUNTY | MATURITY DATE |
| --- | --- | --- | --- |

Authorized Agent's Signature   Date

| FOURTH LIENHOLDER | | DATE RCD |
| --- | --- | --- |
| | FILE NUMBER | |

Signature below certifies under penalty of perjury in the second degree the release of the fourth lienholder's interest in the vehicle.

Lienholder's Name

| AMOUNT OF LIEN | LIEN EXTENDED TO | COUNTY | MATURITY DATE |
| --- | --- | --- | --- |

Authorized Agent's Signature   Date

THE APPLICANT HAS BEEN DULY REGISTERED IN THIS OFFICE AS THE OWNER OF THE MOTOR VEHICLE DESCRIBED, SUBJECT TO LIENS AND ENCUMBRANCES IN THE ORDER SHOWN.

EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF REVENUE    DATE DUPLICATE ISSUED

BARBARA BROHL

J3856877

KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

DR-2001 (8-11)

VOID IF ALTERED

**TRANSFER OF OWNERSHIP/BUYER(S) REQUIREMENT-** Upon the sale or transfer of a motor vehicle the owner in whose name the certificate of title is issued shall execute a formal transfer of the vehicle. Within 60 days the buyer shall present the certificate of title together with an application for title to an authorized agent pursuant to C.R.S. 42-6-110.

**TRANSFER OF OWNERSHIP/SELLER(S) REQUIREMENT-** When the owner of a motor vehicle transfers or assigns the certificate of title to a buyer, the registration of such vehicle shall expire and the seller shall remove the license plates pursuant to C.R.S. 42-3-115.

**ODOMETER CERTIFICATION-** Federal and state law requires the seller to declare the mileage of the motor vehicle and requires the buyer to acknowledge the mileage of the motor vehicle upon transfer of ownership. The seller and buyer are required to print and sign their name to acknowledge the mileage pursuant to 49 USC 327.

THE SELLER(S) CERTIFIES, UNDER PENALTY OF PERJURY IN THE SECOND DEGREE, THAT THE SELLER(S) SIGNATURE(S) RELEASES AND TRANSFERS INTEREST IN THE VEHICLE AND THE ODOMETER READING AND DECLARATION ARE TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE.

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW**

## ASSIGNMENT BY OWNER(S)

| Odometer Reading | ☐ Actual Mileage ☐ Mileage in excess of Mechanical Limits ☐ Not Actual - Warning: Odometer Discrepancy | | Buyer's Hand Printed Name |
| --- | --- | --- | --- |
| Seller's Hand Printed Name(s) | No Tenths | | Buyer's Signature Acknowledges Odometer Reading |
| Seller's Signature | | | Buyer's Hand Printed Name |
| Seller's Hand Printed Name(s) | | | Buyer's Hand Printed Name |
| Seller's Signature | | | Buyer's Hand Printed Name |
| Seller's Hand Printed Name(s) | | | Buyer's Hand Printed Name |
| Seller's Signature | | | Buyer's Hand Printed Name |
| Seller's Hand Printed Name(s) | Date of Sale | | Buyer's Physical Address |
| Seller's Signature | Purchase Price | | Buyer's City, State, ZIP |

## THE FOLLOWING REASSIGNMENT MAY ONLY BE USED BY LICENSED DEALERS.

### 1ST DEALER REASSIGNMENT

| Odometer Reading | ☐ Actual Mileage ☐ Mileage in excess of Mechanical Limits ☐ Not Actual - Warning: Odometer Discrepancy | Buyer's hand printed Name(s) |
| --- | --- | --- |
| Selling Dealer Name | No Tenths | License Number | Buyer's Signature Acknowledges Odometer Reading |
| Agent's Hand Printed Name | Date of Sale | Buyer's Hand Printed Name(s) |
| Agent's Signature | Purchase Price | Buyer's Hand Printed Name |
| Auction Name (When Applicable) | Auction Number | Buyer's Physical Address, City, State, ZIP |

### 2ND DEALER REASSIGNMENT

| Odometer Reading | ☐ Actual Mileage ☐ Mileage in excess of Mechanical Limits ☐ Not Actual - Warning: Odometer Discrepancy | Buyer's hand printed Name(s) |
| --- | --- | --- |
| Selling Dealer Name | No Tenths | License Number | Buyer's Signature Acknowledges Odometer Reading |
| Agent's Hand Printed Name | Date of Sale | Buyer's Hand Printed Name(s) |
| Agent's Signature | Purchase Price | Buyer's Hand Printed Name |
| Auction Name (When Applicable) | Auction Number | Buyer's Physical Address, City, State, ZIP |

### 3RD DEALER REASSIGNMENT

| Odometer Reading | ☐ Actual Mileage ☐ Mileage in excess of Mechanical Limits ☐ Not Actual - Warning: Odometer Discrepancy | Buyer's hand printed Name(s) |
| --- | --- | --- |
| Selling Dealer Name | No Tenths | License Number | Buyer's Signature Acknowledges Odometer Reading |
| Agent's Hand Printed Name | Date of Sale | Buyer's Hand Printed Name(s) |
| Agent's Signature | Purchase Price | Buyer's Hand Printed Name |
| Auction Name (When Applicable) | Auction Number | Buyer's Physical Address, City, State, ZIP |

● NO ADDITIONAL REASSIGNMENTS PERMITTED - Last Assignee must obtain title in their name(s)



RED ROCKS CU
RED ROCKS CU
9325 DORCHESTER ST STE 200
HIGHLANDS RANCH, CO  80129

MELVIN, DAVID

5772 S ADDISON WAY, UNIT B

AURORA, CO  80016-4163

Account History For: ####4544:IUA :00                    Date        01/01/2015   -   07/29/2015

| Date | Description | Transaction | Principal | Interest | Fee | Balance |
|------|-------------|-------------|-----------|----------|-----|---------|
| 01/09/15 | Memo Tran | 0.00 | | | | 20884.26 |
| 01/07/15 | CPI Insurance Fee: $65.0 | | | | | |
| 01/24/15 | Payment     : CUSC Trnsctn | 100.00 | | 85.00 | 15.00 | 20884.26 |
| | BellCo CU - 5091 Kipling #110 | Arvada   CO | | | | |
| 01/24/15 | Memo Tran | 0.00 | | | | 20884.26 |
| | Late Fee - Paid: $15.00 | | | | | |
| 01/31/15 | Payment     : CUSC Trnsctn | 50.00 | | | 50.00 | 20884.26 |
| | BellCo CU - 5091 Kipling #110 | Arvada   CO | | | | |
| 01/31/15 | Memo Tran | 0.00 | | | | 20884.26 |
| | Late Fee - Paid: $50.00 | | | | | |
| 02/11/15 | Memo Tran | 0.00 | | | | 20884.26 |
| 02/03/15 | CPI Insurance Fee: $65.0 | | | | | |
| 03/06/15 | Memo Tran | 0.00 | | | | 20884.26 |
| 03/04/15 | CPI Insurance Fee: $65.0 | | | | | |
| 04/14/15 | Memo Tran | 0.00 | | | | 20884.26 |
| 03/31/15 | CPI Insurance Fee: $65.0 | | | | | |
| 05/14/15 | Memo Tran | 0.00 | | | | 20884.26 |
| | CPI Insurance Fee: $65.0-Rev $65.00 | | | | | |

Total Transactions: 9                              0.00        85.00        65.00

Total Payments:        150.00    Average Balance:        20884.26

Total Draws:         0.00



| | NADAGUIDES CAR PRICES | CAR RESEARCH TOOLS | CAR DEALS | COMPARE CARS | | Autos | Motorcycles | RVs | Boats | Classic Cars | Manufactured Homes | Store |



2015 Jeep. Cherokee | BUILD & PRICE ▶ | SEARCH INVENTORY ▶

Change Make > Change Year & Model > Change Trim > Change Mileage & Options > Values



# 2007 Chevrolet Tahoe-1/2 Ton-V8
Utility 4D LTZ 4WD

📷 **Compare to Other Cars**

StateFarm  Discount Double Check | | |



| Values | Specifications | Pictures | Reviews & Ratings | Safety |

Values | CPO Pricing | CPO Incentives & Deals | Cost to Own | Calculate Payments

## Values                                                                 Print

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | $13,750 | $15,275 | $16,525 | $19,925 |
| **Mileage** | N/A | N/A | N/A | N/A |
| **Total Base Price** | $13,750 | $15,275 | $16,525 | $19,925 |
| **Options:** (change) | | | | |
| **Price with Options** | $13,750 | $15,275 | $16,525 | $19,925 |

### Search Used Car Listings


We found ⬤ 2007 Chevrolet listings within 25 miles of your zip code.

*Powered by AutoTrader.com*        Submit



Gold Tahoe with 106,580 miles    Silver Tahoe with 81,476 miles

View All

### Vehicle History Report

Get answers to buy with confidence.

• Check for accidents
• Confirm the reported mileage
• Get unlimited reports

Check to see if your VIN has reported events.

*Enter VIN (optional)*        Submit

Powered by ✓AutoCheck *A part of Experian*

### Car Buying & Selling Services

Sell your car now on AutoTrader.com
Free new car dealer quote
Get a free insurance quote provided by GEICO

Find cars for sale in your local area
Get pre-approved for an auto loan
Find incentives & rebates in your area

Next: CPO Pricing

Industry        Help        Tools        Company



Advertise
to Us                              FAQ                Change Zip: 80021         Motorcycles    RVs   Boats    Classic Cars    Manufactured Homes    Store
ket R**NADAGUIDES CAR PRICES**    Contact Us          Quick Poll Results                     Privacy Policy
Product Store              **CAR RESEARCH TOOLS**    **CAR DEALS**    ty C**COMPARE CARS**    Disclaimer
                                                                                             Media Contacts



NADAguides Awarded by J.D. P
*"Highest Ranked Third-F*
*Automotive Website 20*

© Copyright 2015 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of
NADA Services Corporation.   © NADASC 2015, all rights reserved. NADASC Valuation Data is used under license from NADASC.

In re:
DAVID MELVIN

Case No.        15-12924-HRT

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on   August 20, 2015  , the foregoing **NOTICE OF HEARING OR PRELIMINARY HEARING** with a copy of the **MOTION FOR RELIEF FROM AUTOMATIC STAY** was placed in the United States mail, first class postage prepaid, to the following:

**Debtor:**
David Edward Melvin
PO Box 460402
Aurora, CO 80046

**Trustee:**
DOUGLAS B KIEL
4725 S MONACO ST  STE 120
DENVER, CO 802373468

**Debtor's Attorney:**
Kevin D Heupel
2440 Stout St.
Denver, CO 80205

US Trustee - via ECF

By:   /s/ Patricia Rychards
        Weinstein & Riley, P.S.
        Legal Department

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:                                        CHAPTER 13

DAVID EDWARD MELVIN, XXX-XX-5378              CASE NO. 15-12924-HRT
Debtor,


Red Rocks Credit Union,


Movant,

vs.

DAVID MELVIN, XXX-XX-5378 Debtor, and
DOUGLAS B KIEL, Chapter 13 Trustee,
Respondents.


## LOCAL BANKRUPTCY FORM 4001-1.1

## NOTICE OF MOTION FOR RELIEF FROM STAY AND OPPORTUNITY FOR HEARING PURSUANT TO 11 U.S.C. § 362(d)

### OBJECTION DEADLINE: September 8, 2015

YOU ARE HEREBY NOTIFIED that a Motion for Relief for Stay has been filed, a copy of which is attached hereto.

A hearing on the motion has been set for **September 15, 2015 at 1:30 pm,** at U.S. Custom House, 721 19th Street, Denver, CO 80202, **Courtroom B.** The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this court a WRITTEN OBJECTION to the motion on or before the objection deadline stated above and serve a copy upon Movant's attorney, whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1 regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits and (2) attendance at the above-scheduled hearing in person or through counsel, if represented.

**IF YOU FAIL TO FILE AN OBJECTION**, the scheduled hearing will be vacated and an order granting the relief requested may be granted without further notice to you.

Dated:       August 20, 2015

/s/ Deanna L. Westfall
Deanna L Westfall, Registration No. 23449
Weinstein & Riley, P.S., Eldorado Bldg. 2
11101 West 120th Ave., Suite280
Broomfield, CO 80021