UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In Re:

DAVID EDWARD MELVIN, XXX-XX-5378
Debtor,

CHAPTER 13
CASE NO. 15-12924-HRT

Red Rocks Credit Union,

Movant,

vs.

DAVID EDWARD MELVIN, XXX-XX-5378 , and
DOUGLAS B KIEL, Chapter 13 Trustee,
Respondents.

## STIPULATION FOR RESOLUTION OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND MOTION FOR ACCEPTANCE OF STIPULATED TERMS

RED ROCKS CREDIT UNION, its predecessors, successors and assigns, ("Creditor through its attorneys, WEINSTEIN & RILEY, P.S., the Debtor and the Chapter 13 Trustee, stipulate and agree as follows:

1. Creditor holds a claim secured by certain property of the Estate evidenced by the following:

   A. A Retail Installment Contract ("Contract").

   B. Creditor properly perfected its security interest as evidenced on the Certificate of Title.

2. The property securing this contract is described as follows:

   2007 Chevrolet/ Tahoe VIN 1GNFK13087J343737 (The "Motor Vehicle").

1

3. The Debtor shall make timely monthly payments outside of the Plan to the Creditor. Such timely payments shall be due on the first day of each month beginning with the payment due for

4. The Debtor presently owes $4,433.18 in postpetition arrearage which includes regular monthly payments April 2015 – October 2015 @ $486.74 each = $3,407.18, plus attorney fees and costs of $1,026.00.

5. The Debtor shall pay:

$500.00 on or before October 26, 2015 towards the post-petition arrears.

$986.74 on or before November 26, 2015 which includes $500.00 stipulation payment towards the post-petition arrears and $486.74 regular monthly payment.

$1,345.04 on or before December 26, 2015 which includes $858.30 stipulation payment towards the post-petition arrears and $486.74 regular monthly payment.

$1,345.04 on or before January 26, 2016 which includes $858.30 stipulation payment towards the post-petition arrears and $486.74 regular monthly payment.

$1,345.04 on or before February 26, 2016 which includes $858.30 stipulation payment towards the post-petition arrears and $486.74 regular monthly payment.

$1,345.02 on or before March 26, 2016 which includes $858.28 stipulation payment towards the post-petition arrears and $486.74 regular monthly payment.

6. There shall be a default under this stipulation if any of the following occurs. 1) If debtor fails to make any of the payments that are specifically set forth in this stipulation. 2) If debtor fails to make any regular monthly payments to Creditor that shall come due pursuant to the Retail Installment Contract. 3) If debtor fails to make any monthly payments due to the Chapter 13 Trustee as set forth in the current existing plan (if any pre-petition arrearages are being paid through the plan). In the event a default occurs, Creditor shall proceed in the following manner. 1) Creditor will deliver written notice of the default to the Debtor. Creditor shall charge an additional $50.00 for every Default Letter sent. Said notice shall be deemed delivered upon placing same in the United States Mail, postage pre-paid and addressed to the Debtor. Said Notice shall set forth the amount of funds that the debtors are in default. 2) Should the default not be cured within ten (10) days of the date of such notice, then Creditor will file its Verified Motion to Enforce Terms of the Stipulation and for Relief from Stay, indicating that the Debtor has failed to comply with the terms of this Stipulation and Order and requesting that Creditor be granted

relief from the automatic stay pursuant to this stipulation. Creditor will mail a copy of the said Verified Motion to Debtor, although debtors agree that said Verified Motion to Enforce Terms of the Stipulation and for Relief from Stay shall be granted ex parte without a hearing.

7. Creditor will not be required to send a letter to the Debtor more than two (2) times during the pendency of this bankruptcy. If more than two (2) defaults occur hereunder, Creditor need not notify the Debtor of the default. Instead the Creditor shall receive immediate relief from the automatic stay ex parte without a hearing by filing a verified motion with this Court setting forth the Debtors failure to comply with the terms of the stipulation.

8. In the event that additional amounts are not included in this stipulation due to NSF checks or Creditor's counsel's error, Creditor or Creditor's counsel will send Debtor a letter advising that additional amounts are due. Debtor agrees to pay these amounts, or to make repayment arrangements satisfactory to the Creditor, within 30 days of mailing of the letter. Failure to do so will be a default under this stipulation and the Creditor's counsel may send a notice of default as outlined in paragraph 6 above.

9. This is the final workout agreement. The Debtor is required to make the payment exactly as outlined in this Stipulation. In the event that the Debtor is unable to make the payments according to the current arrangements, no extensions will be granted.

10. In the event that the above captioned bankruptcy case is dismissed or a discharge enters, this stipulation will no longer be valid and enforceable from the date of such order.

11. Based upon the agreements made in this Stipulation, the issues addressed in the Motion for Relief are resolved.

12. The Debtor hereby agrees that if relief from the stay is granted pursuant to this stipulation, the fourteen (14) day stay period should be waived pursuant to Fed. R. Bankr. P. 4001(a)(3).

WHEREFORE, the Creditor, the Debtor, and the Chapter 13 Trustee respectfully request that the Honorable Court approve the foregoing Stipulation.

/s/ Iman Teharni
_____
Deanna L Westfall, Registration No. 23449
Iman Tehrani, Registration No. 44076
Weinstein & Riley, P.S., Eldorado Bldg. 2
11101 West 120th Ave., Suite 280
Broomfield, CO 80021


_____                Date: 10-30-15
Kevin D. Heupel
Attorney for Debtor
Heupel Law
2440 Stout Street
Denver, CO 802015
(303) 955-7570


Trustee declines to sign
_____                Date: _____
Douglas B. Kiel
Chapter 13 Trustee
4725 S. Monaco St.
Ste. 120
Denver, CO 80237
720-398-4444

4