UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:   DAVID EDWARD MELVIN

Debtor(s)

Case No. 15-12924-HRT

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Douglas B. Kiel, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 03/25/2015.

2) The plan was confirmed on 07/10/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The Trustee filed action to remedy default by the debtor in performance under the plan on 12/14/2015.

5) The case was dismissed on 01/25/2016.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $11,541.25.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $100.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $100.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $95.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $100.00

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 21ST CENTURY INSURANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AARGON AGENCY AS AGENT FOR W | Unsecured | NA | 555.93 | 555.93 | 0.00 | 0.00 |
| ACADEMY BANK NA/ ATTN D M NE | Unsecured | 0.00 | 9,235.55 | 9,235.55 | 0.00 | 0.00 |
| ACCOUNT BROKERS INC | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| ACE CASH EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA CASH ADVANC | Unsecured | 0.00 | 761.25 | 761.25 | 0.00 | 0.00 |
| ALLSTATE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 0.00 | 1,023.11 | 1,023.11 | 0.00 | 0.00 |
| AURORA WATER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF DENVER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTURYLINK | Unsecured | 0.00 | 378.76 | 378.76 | 0.00 | 0.00 |
| CERTEGY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHECK CITY | Unsecured | 0.00 | 416.67 | 416.67 | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHECKMATE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHEX SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COASTAL CREDIT LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLORADO DEPT OF REVENUE | Priority | 667.00 | 0.00 | 667.00 | 0.00 | 0.00 |
| COMCAST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMERCE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA | Unsecured | 1,704.00 | 1,704.84 | 1,704.84 | 0.00 | 0.00 |
| CREDIT SYSTEMS | Unsecured | 408.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EAST CHERRY CREEK VALLEY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ELECTRICAL FEDERAL CREDIT UN | Unsecured | 0.00 | 1,620.15 | 1,620.15 | 0.00 | 0.00 |
| ESURANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EZ MONEY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FARMERS INSURANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST PREMIER BANK | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HARTFORD INSURANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERMOUNTAIN RURAL ELECTRIC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KEY BANK NA | Unsecured | 0.00 | 278.43 | 278.43 | 0.00 | 0.00 |
| KING SOOPERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY MUTUAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LOAN STOP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERRILL LYNCH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MONEY TREE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVY FEDERAL CU | Unsecured | 0.00 | 2,425.71 | 2,425.71 | 0.00 | 0.00 |
| PARTNER CREDIT UNION | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| PARTNER CREDIT UNION | Unsecured | 897.00 | NA | NA | 0.00 | 0.00 |
| PARTNER CREDIT UNION | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| PARTNER CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY NOW LOANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENTAGON FEDERAL CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE DIRECT INSURANCE C | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 977.00 | 977.47 | 977.47 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 498.00 | 498.97 | 498.97 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 390.00 | 357.94 | 357.94 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 446.00 | 446.51 | 446.51 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 440.00 | 440.61 | 440.61 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 411.00 | 411.83 | 411.83 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 275.00 | 275.89 | 275.89 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 204.00 | 204.76 | 204.76 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 233.00 | 144.21 | 144.21 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 275.00 | 275.41 | 275.41 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 297.00 | 297.37 | 297.37 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 338.00 | 839.38 | 839.38 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 754.77 | 754.77 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 233.36 | 233.36 | 0.00 | 0.00 |
| RED ROCKS CREDIT UNION | Secured | 3,549.14 | 3,549.14 | 3,549.14 | 0.00 | 0.00 |
| RED ROCKS CREDIT UNION | Secured | 20,884.00 | 22,723.14 | 22,723.14 | 0.00 | 0.00 |
| SAFEWAY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM INSURANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TELECHECK SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TITAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 16,676.00 | 16,640.22 | 16,640.22 | 0.00 | 0.00 |
| US BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 20,235.00 | 21,322.04 | 21,322.04 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 2,775.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 0.00 | 195.41 | 195.41 | 0.00 | 0.00 |
| XCEL ENERGY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $22,723.14 | $0.00 | $0.00 |
| All Other Secured | $3,549.14 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$26,272.28** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $667.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$667.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$62,716.55** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $100.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$100.00** |

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Dated: 04/08/2016            By: /s/ Douglas B. Kiel
                                  Chapter 13 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**